# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 2138908 | N. Waller | 1233 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 5/17/2025 2:00pm | 36 CFR 4.12 (a) |

**Place of Offense:** Yosemite National Park - Sentinel Cross

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Obstructing traffic - stopping or parking a vehicle upon a park road.

### DEFENDANT INFORMATION

**Last Name:** Riyaaz
**First Name:** Mohammed

[Street address redacted]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7DAX539 | CA | 05 | Humm | | Yellow |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50  Forfeiture Amount
+ $30 Processing Fee
$ 180  Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → 031

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** NP2512-4527

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2138908*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 17th, 2025** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**.

See attached

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **5/17/2025**  Officer's Signature: Natalie Waller

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/25/2025 15:17